In re O'CONNOR. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of William O'Connor.

No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

---

ODELL, Respondent, v. GENESEE CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Herbert Odell against the Genesee Construction Company. No opinion. Judgment and order affirmed, with costs. See, also, 145 App. Div. 125, 129 N. Y. Supp. 122.